Clerk of Courts:

I recently filed a motion for Compassionate Release which was denied. I am now writing to you to see if I can get some of the paperwork sent back to me. These papers include letters of recommendation, certificates of classes completed, letter from psychartrist. If there's a fee for postage please let me know. I only had one copy so I'd

greatly appreciate it if you were able to fulfill my request. Thank you

My info:

Ralph Fisher #75168-066
FCI Loretto
P.O. Box 1000
Cresson, PA 16630

Crim. No. 16-92-1

2-16-21

Ralph Fisher #75168-066
Federal Correctional Institution Loretto
P.O. Box 1000
Cresson, PA 16630

JOHNSTOWN PA 159
17 FEB 2021 PM 1 T

U.S.M.S.
X-RAY

Clerk of US District Court
601 Market St.
CourtRoom 17B
Philadelphia, PA 19106